Donald L Denney
NAME
F72321 - 4B - 2A - 108
PRISON NUMBER
California Correctional Institution
P.O. box 1906
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Tehachapi, CA 93581
CITY, STATE, ZIP CODE

| 2254 ✓ | 1983 |
|---|---|
| **FILING FEE PAID** | |
| Yes | No ✓ |
| **IFP MOTION FILED** | |
| Yes | No ✓ |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

```
FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Donald lawrence Denney,
(FULL NAME OF PETITIONER)
                                        PETITIONER

v.

Warden Gonzales,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                        RESPONDENT

        and

The Attorney General of the State of
California, Additional Respondent.

Civil No.    '07 CV 2317 LAB WMc
             (TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1.  Name and location of the court that entered the judgment of conviction under attack: _____

2.  Date of judgment of conviction: 4/20/07

3.  Trial court case number of the judgment of conviction being challenged: CASE — # Sce270328

4.  Length of sentence: 16 Months

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: _Start-4/10/07_
   _Release Date – 7/30/08_

6. Offense(s) for which you were convicted or pleaded guilty (all counts) (_Vehicle_
   _Theft_)
   _____
   _____

7. What was your plea? (CHECK ONE)
   (a)  Not guilty        ☐
   (b)  Guilty            ☑
   (c)  Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a)  Jury        ☐
   (b)  Judge only  ☐

9. Did you testify at the trial?
   ☐ Yes  ☑ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the <u>California Court of Appeal</u>?
    ☐ Yes  ☑ No

11. If you appealed in the <u>California Court of Appeal</u>, answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
    _____
    (c)  Grounds raised on direct appeal: _____
    _____
    _____
    _____

12. If you sought further direct review of the decision on appeal by the <u>California Supreme
    Court</u> (e.g., a Petition for Review), please answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
    _____
    (c)  Grounds raised: _____
    _____
    _____
    _____
    _____

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:

    (a). Result: _____

    (b). Date of result, case number and citation, if known: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Superior Court?
  ☐ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) California Superior Court Case Number: *CASE # SCE270328*

    (b) Nature of proceeding: *modification of Stipulated Sentence.*

    (c) Grounds raised: *I have bad medical Issues, sezures and it takes weeks sometimes months on waiting lists to see doctors/specialists. The over crowding Is real trouble some,*

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Court of Appeal?
  ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

(a) California Court of Appeal Case Number: _____

(b) Nature of proceeding: _____
_____
_____

(c) Grounds raised: _____
_____
_____
_____
_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
□ Yes  □ No

(e) Result: _____

(f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?
□ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

(a) California Supreme Court Case Number: _____

(b) Nature of proceeding: _____
_____
_____

(c) Grounds raised: _____
_____
_____
_____
_____
_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
□ Yes  □ No

(e) Result: _____

(f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u> containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your first federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
       (i) What was the prior case number? _____
       (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
      (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

CAUTION:
- <u>Exhaustion of State Court Remedies</u>:  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- <u>Single Petition</u>: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- <u>Factual Specificity</u>: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of
the constitution, law or treaties of the United States. Summarize *briefly* the facts
supporting each ground. If necessary, you may attach pages stating additional grounds
and/or facts supporting each ground.

(a) GROUND ONE Over crowding is causing my medical
Needs to be pushed back. It takes weeks sometimes
months to get in for appointments, or to get results back.

Supporting FACTS (state *briefly* without citing cases or law) I've put in several
request to the Prisons medical Department coordinator
for copies of my medical Records, so I could make
them available to the court, to show the Neglagence
of timely medical care. Once again I've fallen
Into the cracks.

All I am asking is to be released to
a work furlow program, which will allow me to
Address my own medical Needs, also Program
would help me also to become responsible. Right
now its came down to me having to have a
Sezure, or Something drastic, to happen health
wise in order to get the prison to act in a
professional matter. I am asking
respectfully to be brought before your Honor
to Address these Issues.
            Thank You for your Time

Did you raise <u>GROUND ONE</u> in the California Supreme Court?
☐ Yes ☒ No.

(b) **GROUND TWO**: _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): ____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise GROUND TWO in the California Supreme Court?
☐ Yes ☒ No.

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

(c) **GROUND THREE**:

Supporting FACTS (state *briefly* without citing cases or law):

Did you raise GROUND THREE in the California Supreme Court?

☐ Yes ☒ No.

(d) **GROUND FOUR**: _____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you raise GROUND FOUR in the California Supreme Court?

☐ Yes/☒ No.

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

23. Do you have any petition or appeal now pending in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☐ No

24. If your answer to #23 is "Yes," give the following information:

   (a) Name of Court: _____

   (b) Case Number: _____

   (c) Date action filed: _____

   (d) Nature of proceeding: _____

   _____

   (e) Grounds raised: _____

   _____

   _____

   _____

   _____

   (f) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing: Kimberly Vegas (Public Defenders office) She represented me in El Cason Supieor court

   (b) At arraignment and plea: Kimberly Vegas _____

   (c) At trial: _____

   (d) At sentencing: Kimberly Vegas _____

   (e) On appeal: _____

   (f) In any post-conviction proceeding: _____

   (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

    (a) If so, give name and location of court that imposed sentence to be served in the future:
    _____

    (b) Give date and length of the future sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    ☒ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: 12/6/07
_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12/6/07                    _____
(DATE)                            SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983

FILING FEE PAID
Yes    No ✓

IFP MOTION FILED
Yes    No

COPIES SENT TO
Court    PrnSe

**I (a) PLAINTIFFS**

Donald Lawrence Denney

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Kern
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

Gonzales, Warden

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Donald Lawrence Denney
PO Box 1906
Tehachapi, CA 93581
F-72321

**ATTORNEYS (IF KNOWN)**

'07 CV 2317 LAB WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury - Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE    Docket Number

DATE    12/10/2007    SIGNATURE OF ATTORNEY OF RECORD